**Order entered January 3, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01058-CV

## ROBERT T. O'DONNELL, Appellant

## V.

## JULIA L. VARGO, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50667-2013**

## ORDER

Before the Court is appellant's December 30, 2016 unopposed third motion entitled "Appellant's Emergency Motion to Extend Time to File Brief." The Court granted appellant's second motion for an extension of time but cautioned counsel that further extensions would not be granted absent extenuating circumstances. In this motion, counsel states he has been ill and unable to work for a week. In light of this, we **GRANT** the third motion and **ORDER** appellant's brief filed on or before January 6, 2017. We caution that the failure to file appellant's brief by the deadline in this order may result in the appeal being dismissed for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/s/     ELIZABETH LANG-MIERS
        JUSTICE